JACOBSON et al. v. KAPLAN et al.

(Supreme Court, Appellate Term, First Department. November 13, 1913.)

APPEAL AND ERROR (§ 1151*)—JUDGMENT—ERRORS IN COMPUTATION.

    Where it was evident that, in deducting the conceded counterclaim from the amount of plaintiffs' gross claim, an error of $10 had been made in subtraction, the error would be corrected on appeal, and the judgment modified and affirmed.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4498–4506; Dec. Dig. § 1151.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Ferdinand Jacobson and another against Isaac Kaplan and others. From a Municipal Court judgment in favor of plaintiffs, after trial by the court without a jury, defendants appeal. Modified and affirmed.

Argued October term, 1913, before SEABURY, GUY, and BIJUR, JJ.

Kleiner & Kleiner, of New York City (Jacob M. Cohen, of New York City, of counsel), for appellants.

Bogart & Bogart, of New York City (John Bogart and Isidore Weckstein, both of New York City, of counsel), for respondents.

PER CURIAM. It is evident that, in deducting the conceded counterclaim of $65.60 from the amount of plaintiffs' gross claim of $231, by an error in subtraction the damages were calculated at $175.40, instead of $165.40.

The judgment in favor of plaintiffs will therefore be reduced to the sum of $184.71, and, as modified, affirmed, with costs.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes